ACCEPTED
03-15-00496-CV
7201045
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 10:10:22 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00496-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 10:10:22 AM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS

FOR THE

THIRD COURT OF APPEALS DISTRICT OF TEXAS

STEVEN ALBRIGHT AND RHONDA ALBRIGHT, APPELLANTS,

— VERSUS—

RHEA & SONS ENTERPRISES, INC. D/B/A RHEA PLUMBING, APPELLEE.

# FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

(eric@deleonlawoffice.com)

**G. Eric De Leon**

State Bar No. 24045763
**Law Office of G. Eric De Leon, PLLC**
8700 Crownhill Blvd., Ste. #201
San Antonio, Texas 78209
Phone: (210) 684-4433
Fax:  (210) 247-9631

October 1, 2015          Attorney for Steven & Rhonda Albright

**TO THE HONORABLE COURT OF APPEALS:**

Steven and Rhonda Albright (collectively "Albrights") file this First Unopposed Motion for Extension of Time to File Appellant's Brief, which seeks an additional thirty (30) days for the Albrights to file their initial appellate brief. A thirty day extension would extend the time for the Albrights to file their Appellant Brief until and including November 4, 2015. The Albrights would respectfully show the following:

## I.    Background

The Reporter's Record in this case was filed on September 1, 2015, and the Clerk's Record was filed on September 4, 2015. As a result, the Brief for Appellant is currently due on October 4, 2015.

## II.    Reasons for Extension

The Albright's appellate counsel has had several unavoidable conflicts arise between the date when the Clerk's Record was filed and the current due date for Appellant's brief. Some of the conflicts include several depositions and bench trials in Bexar County, Texas. These conflicts have precluded Appellant's counsel, a sole practitioner, from completing the brief.

### III. Request for Extension

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), the Albrights seek an extension of 30 days in which to file their brief. Such an extension would result in the Brief of Appellant being due on November 4, 2015. An extension of time for filing the brief is sought so that justice may be done in the disposition of this appeal, not for the purposed of delay.

### IV. Certificate of Conference

Pursuant to Texas Rule of Appellant Procedure 10.1(a)(5), Counsel for Albrights, Mr. G. Eric De Leon conferred with opposing counsel, who does not oppose this request for a 30 day extension to file Appellant's brief in this matter.

### V. Conclusion and request for Relief

Appellant prays that the Court grant this Motion for Extension of Time and extend the time for Ithaca to file its Brief of Appellant until and including November 4, 2015.

Respectfully submitted,

LAW OFFICES OF G. ERIC DE LEON, PLLC
8700 Crownhill Blvd., Suite 201
San Antonio, Texas 78209
Telephone: (210) 684-4433
Facsimile: (210) 247-9631
E-mail: eric@deleonlawoffice.com


__/s/ G. Eric De Leon _____
Gilbert Eric De Leon
State Bar No. 24045763

Attorney for Appellant


## CERTIFICATE OF SERVICE

I hereby certify that foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on all counsel of record on October 2, 2015, as follows:


Bret Sanders                                                                            via facsimile
Jeffrey Boyd
Fee, Smith, Sharp, Vitullo LLP
816 Congress Avenue, Suite 1265
Austin, Texas 78701
Phone: (512) 479-8400
Fax:    (512) 479-8402

Attorney for Rhea Plumbing


__/s/ G. Eric De Leon _____
Gilbert Eric De Leon